[No. 49326-4-I.   Division One.   November 25, 2002.]

Tu T. Nguyen, *Appellant*, v. Trung L. Nguyen, et al.,
*Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-2-04952-6, David F. Hulbert, J., entered September 25, 2001. *Reversed* by unpublished opinion per Schindler, J., concurred in by Coleman and Agid, JJ.

[No. 49361-2-I.   Division One.   November 25, 2002.]

The State of Washington, *Respondent*, v. Tony W. Costello,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-01846-7, Jay V. White, J., entered September 14, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49763-4-I.   Division One.   November 25, 2002.]

Willie M. Mieldon, *Appellant*, v. The University of
Washington, et al., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 00-2-19797-7, Glenna Hall, J., entered November 2, 9, and 29, 2001. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Baker and Schindler, JJ.

[No. 49969-6-I.   Division One.   November 25, 2002.]

The State of Washington, *Respondent*, v. Print Gant,
*Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-08929-0, Michael Hayden, J., entered February 1, 2002. *Affirmed* by unpublished per curiam opinion.